**FENNEMORE CRAIG, P.C.**
SHANNON S. PIERCE, ESQ.
Nevada Bar No. 12471
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2260
Facsimile: (775) 788-2279
Email:  SPierce@fennemorelaw.com

Counsel for Defendant
*American Homes 4 Rent Management Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BLOCK, an individual, | CASE NO.:  2:26-cv-01002-APG-NJK |
| Plaintiff, | **REQUEST FOR EXEMPTION FROM SETTLEMENT CONFERENCE** |
| vs. | |
| AMERICAN HOMES 4 RENT MANAGEMENT HOLDINGS, LLC, a foreign limited-liability company; and DOES 1 to 20, inclusive,[1] | |
| Defendants. | |

Defendant American Homes 4 Rent Management Holdings, LLC ("Defendant"), by and through its counsel of record, respectfully submits this Request for Exemption from Settlement Conference ("Request") based on the following:

1.    On March 31, 2026, Plaintiff filed the instant action.  ECF No. 1.

2.    On April 1, 2026, prior to Plaintiff effecting service of process on Defendant, the Court issued an Early Neutral Evaluation Notice which stated, *inter alia*, that "No ENE will be conducted in cases subject to arbitration."  ECF No. 2.

3.    On May 4, 2026, Defendant filed and duly served its Motion To Compel Arbitration And To Dismiss Pursuant To Rule 12(b)(1) Or, Alternatively To Stay Litigation Pending The Arbitration ("Motion").  ECF No. 10.  This Motion will be fully briefed by May 27, 2026.

---

[1] Defendant American Homes 4 Rent Management Holdings, LLC is incorrectly listed in Plaintiff's Complaint as being Plaintiff's employer.  Plaintiff was employed by American Homes 4 Rent, L.P.

64337121.1                                        1

4.    On May 15, 2026, the Court entered its order scheduling a settlement conference to occur on September 22, 2026.  ECF No. 11.

5.    Consistent with LR 16-6(c), Defendant submits this Request within seven (7) days of entry of ECF No. 11.

As Plaintiff's Complaint, and all causes asserted therein, are subject to mandatory arbitration as discussed more fully in ECF No. 10, and consistent with ECF No. 2 and LR 16-6, Defendant respectfully requests that this case be exempted from any settlement conference or ENE requirement, and that the September 22, 2026 settlement conference set per ECF No. 11 be vacated.

Respectfully submitted,

IT IS SO ORDERED. The September 22, 2026 settlement conference set per ECF No. 11 is vacated.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 6-10-26

FENNEMORE CRAIG, P.C.

By:  */s/ Shannon S. Pierce*
Shannon S. Pierce (NV Bar No. 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone: (775) 788-2260
Facsimile: (775) 788-2279
Email:  SPierce@fennemorelaw.com

Counsel for Defendant *American Homes 4 Rent Management Holdings, LLC*

64337121.1

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on May 21, 2026, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **REQUEST FOR EXEMPTION FROM SETTLEMENT CONFERENCE** on the  all parties to this action by the methods indicated below:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____ Certified Mail, Return Receipt Requested

_____ Via Facsimile (Fax)

_____ Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____ Email

__XX__ E-service via CM/ECF


/s/ _Susan E. Whitehouse_____
An employee of Fennemore Craig, P.C.

64337121.1                                        3